**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 2 7 2022

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KENDALL MEYERS,**

      **Plaintiff,**

**vs.**

Civil Action No. 4:22-cv-00074-LPR

**AUTODESK, INC.**

This case assigned to District Judge RUDOFSKY

and to Magistrate Judge FAY

      **Defendant.**

---

## NOTICE OF REMOVAL TO FEDERAL COURT

---

Defendant Autodesk, Inc. (hereinafter, "Autodesk" and/or "Defendant") hereby removes this case from the Circuit Court of Faulkner County, Arkansas to the United States District Court for the Eastern District of Arkansas, Central Division. In further support of this Notice, Defendant would state as follows:

1.    Plaintiff's Complaint was filed in the Circuit Court of Faulkner County, Arkansas, on November 2, 2021 and designated as Case No. 23-CV-21-1401.

2.    Defendant was served with Plaintiff's Complaint and Summons through its agent for service of process on December 30, 2021. *See* Exhibit A. Defendant is timely filing the instant Notice of Removal within thirty (30) days of service as required by 28 U.S.C. §1446(b).

3.    This action is properly removable under 28 U.S.C. § 1441(a) because the United States District Court has original jurisdiction in this case pursuant to 28 U.S.C. § 1331, which provides, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States," and 28 U.S.C. § 1337, which provides, "[t]he

1

**ORIGINAL**

district courts shall have original jurisdiction of any civil action or proceeding arising under any Act of Congress regulating commerce . . . ."

4.      In his Complaint, Plaintiff assert a single cause of action, which arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq. See* Complaint, ¶12. Consequently, this Court has federal question jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1441(a), and this action is properly removable.

5.      Pursuant to 28 U.S.C. § 1446(a), attached hereto is a copy of all process, pleadings, and orders served upon Defendant.  *See* Exhibit B.  These documents comprise the entire file of the Circuit Court of Faulkner County, Arkansas for this matter.

6.      In accordance with the requirements of 28 U.S.C. § 1446(d), upon filing this Notice, Defendant has given written notice to Plaintiff and the Clerk of the Circuit Court of Faulkner County, Arkansas by furnishing to each a copy of this Notice and all attachments hereto.  A copy of the Notice of Filing Notice of Removal is attached hereto.  *See* Exhibit C.

**WHEREFORE**, Defendant hereby removes this action to the United States District Court for the Eastern District of Arkansas, Central Division.

DATED: January 26, 2022                          Respectfully submitted,

M. Kimberly Hodges (AR #2019018)
*Attorney for Defendant Autodesk, Inc.*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
6410 Poplar Avenue, Suite 300
Memphis, Tennessee  38119
Telephone:  (901) 766-4306
Facsimile:  (901) 767-7411
Kim.Hodges@ogletreedeakins.com

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I, the undersigned counsel for Defendant, hereby certify that on this 26th day of January, 2022, a copy of the foregoing NOTICE OF REMOVAL is being served on counsel for the Plaintiff via Electronic and first-class U.S. Mail, postage prepaid, as follows:

> Tabatha Branch (AR #2002155)
> TS BRANCH LAW FIRM, PLLC
> 700 S. German Lane, Ste. 110
> Conway, Arkansas 72034
> (501) 329-5555 – Telephone
> (501) 377-9879 – Facsimile
> Email: tsbranchy@tsbranchlaw.com
>
> *Counsel for the Plaintiff*

I further certify that on this 26th day of January, 2022, a copy of the foregoing was served via first-class U.S. Mail, postage prepaid, and properly addressed to the Faulkner Circuit Court Clerk as follows:

> Crystal Taylor, Circuit Clerk
> Circuit Court of Faulkner County, Arkansas
> 724 Locust Street,
> Conway, Arkansas 72034

M. Kimberly Hodges (AR2019018)
*Counsel for Defendant*

# EXHIBIT A

## *NATIONAL REGISTERED AGENTS, INC.*
### *SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM*

To: Craig Hucklebridge
    Autodesk Inc.
    111 McInnis Pkwy
    San Rafael, CA 94903-2700

SOP Transmittal #  **540813482**

Entity Served:   AUTODESK, INC.  (Domestic State: DELAWARE)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of ARKANSAS on this 30 day of December, 2021. The following is a summary of the document(s) received:

1. **Title of Action:**  KENDALL MEYERS vs. AUTODESK, INC

2. **Document(s) Served:**  Other: --

3. **Court of Jurisdiction/Case Number:** None Specified
   Case # 23CV211401

**EXHIBIT**

tabbies **A**

4. **Amount Claimed, if any:**  N/A

5. **Method of Service:**

   ___ Personally served by:        ___ Process Server       ___ Law Enforcement       ___ Deputy Sheriff        ___ U. S Marshall

   _X_ Delivered Via:               _X_ Certified Mail        ___ Regular Mail          ___ Facsimile

   ___ Other (Explain):

6. **Date of Receipt:**   12/30/2021

7. **Appearance/Answer Date:**  None Specified

8. **Received From:**     None Specified          9. **Carrier Airbill #**

                                                 10. **Call Made to:** Not required

11. **Special Comments:**
SOP Papers with Transmittal, via  UPS Next Day Air

Image SOP

Email Notification,  Craig Huckelbridge  craig.huckelbridge@autodesk.com

Email Notification,  Elise Schuller  elise.schuller@autodesk.com

Email Notification,  Jeff Kaban  jeff.kaban@autodesk.com

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**          CopiesTo:

888-579-0286 - Telephone
501-376-8430 - Fax

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAJ disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

ORIGINAL

## NATIONAL REGISTERED AGENTS, INC.
### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  Craig Hucklebridge
     Autodesk Inc.
     111 McInnis Pkwy
     San Rafael, CA 94903-2700

SOP Transmittal #  540813482

Entity Served:  AUTODESK, INC.  (Domestic State: DELAWARE)

Transmitted by   Amy McLaren

ORIGINAL

# EXHIBIT B



**EXHIBIT**
**B**

**COVER SHEET**
**STATE OF ARKANSAS**
**CIRCUIT COURT: CIVIL**

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2021-Nov-02 10:00:58
23CV-21-1401
C20D01 : 1 Page

The civil reporting form and the information contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court Rule. This form is required pursuant to Administrative Order Number 8. Instructions are available at https://courts.arkansas.gov.

**County:** Faulkner      **District:** _____   **Filing Date:** 11/01/21 _____
**Judge:** _____   **Division:** _____   **Case ID:** 23CV-21- _____

### Type of case (select one that best describes the subject matter)

**Torts**
☐ (NM) Automobile
☐ (IT) Intentional
☐ (MP) Malpractice – Medical
☐ (MO) Malpractice – Other
☐ (LP) Premises – Liability
☐ (PL) Product Liability
☐ (DF) Slander/Libel/
   Defamation
☐ (OD) Torts – Other
**Contracts**
☐ (BP) Buyer Plaintiff
☐ (EM) Employment Discrimination
☐ (EO) Employment – Other
☐ (DO) Seller Plaintiff (Debt Collection)
☐ (OC) Contract – Other

**Real Property**
☐ (CD) Condemnation/Eminent
   Domain
☐ (UD) Landlord/Tenant
   Unlawful Detainer
☐ (UO) Landlord/Tenant –
   Other
☐ (FC) Mortgage Foreclosure
(QT) Real Property – Other

**Miscellaneous Civil**
☐ (AP) Administrative Appeal
☐ (EL) Election
☐ (FV) Foreign Judgment – Civil
☐ (FR) Fraud
☐ (IJ) Injunction
☐ (CF) Property Forfeiture
☐ (RF) Register Arkansas
   Judgment
☐ (WT) Writ - Other
XX (OM) Civil – Other

| | Plaintiff | | Defendant |
|---|---|---|---|
| **Company/ Last Name** | Myers | **Company/ Last Name** | Autodesk, Inc. |
| Suffix | | Suffix | |
| **First Name** | Kendall | **First Name** | |
| DL/State ID | | DL/State ID | |
| Address | | Address | |
| City, State ZIP | | City, State ZIP | |
| Phone | | Phone | |
| Email | | Email | |
| Self-represented | ☐ Yes      XX No | Self-represented | XX Yes      ☐ No |
| DOB | | DOB | |
| Interpreter needed? | ☐ Yes: _____ XX No   (language) | Interpreter needed? | ☐ Yes: _____ XX No   (language) |

**Attorney of Record:** Tabatha Branch _____   **Bar #:** 2002155 _____
**For the:** XX Plaintiff   ☐ Defendant   ☐ Intervenor   **Email Address:** tsbranch@tsbranchlaw.com _____
**Related Case(s):** Judge: _____   Case ID(s): _____
**Manner of filing (choose one):**   XX (MFO) Original   ☐ (MFR+case type) Re-open
                                      ☐ (MFT) Transfer   ☐ (MFF) Reactivate

6/1/2017

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2021-Nov-02  10:00:58
23CV-21-1401
C20D01 : 6 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS
_____ DIVISION

**KENDALL MEYERS**                                                          **PLAINTIFF**

**VS.**                              **CASE NO. 23CV-21-_____**

**AUTODESK, INC**                                                      **DEFENDANT**

## COMPLAINT

Comes now Kendall Meyers, hereinafter sometimes referred to as the Plaintiff, by and through his attorney, Tabatha Branch of TS Branch Law Firm PLLC, and files this Complaint complaining of AUTODESK INC, hereinafter sometimes referred to as the Defendant. The Plaintiff would show the Court as follows:

### INTRODUCTION

This is an action to redress discrimination based upon race and for a permanent injunction prohibiting the Defendant from engaging in the policies and practices complained of herein in violation of 29 USC 621 et seq., Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. 2000e to 2000e-17 (hereinafter "Title VII"); to award liquated, compensatory and punitive damages; and any and all other benefits of his employment to which he would have been entitled had he not been the victim of said discrimination.

### JURISDICTION

The jurisdiction of this Court is invoked pursuant to 28 USC 1343(3) and (4) in order to secure the relief authority by Title VII, and Title I of the ADA. Plaintiff also seeks permanent

injunction and a declaratory judgement pursuant to 28 USC 2201 and 2202, declaring that the Defendant has discriminated against him in the terms and conditions of his employment.

Plaintiff filed a timely charge of discrimination with the Equal Employment Opportunity Commission on July 27, 2021 (See Exhibit "A," attached hereto). The Equal Employment Opportunity Commission issued a Notice of Right to Sue on August 3, 2021 (See, Exhibit "B," attached hereto).

PARTIES

1.      Plaintiff Kendall Meyers is and was at all times relevant hereto a citizen of the United States of America, and a resident of Conway, Faulkner County, Arkansas.

2.      Defendant, AutoDesk Inc is a California corporation license to do business in Arkansas. The registered agent for service is: The Corporation Company, 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201, via private process server.

FACTS

3.      On or about June 28, 2020, Plaintiff was hired as a Segment BDR Manager for AutoDesk Inc.

4.      Throughout his employment, Plaintiff performed his duties in a commendable manner, meeting or exceeding the employer's legitimate expectations. In fact, while the Plaintiff was employed as Segment BDR Manager, he mentored, lead and trained other employees.

5.      On or about February 2021, during a video call Plaintiff was asked by a Caucasian coworker if Plaintiff was growing his hair into an afro.

6.      On or about May 2021, Plaintiff was notified that a photo of his face was being circulated throughout the company, without his knowledge. The photo was circulated to make

2

fun of Plaintiff's hair and referred to him as Tiger Woods. Senior Management commented and laughed at the photo as well as the Tiger Woods comments.

7.      Furthermore, other co-workers sarcastically made comments to Plaintiff that he was able to speak correctly and had an "eloquent tone."

8.      On or about May 14, 2021, Plaintiff reported his issues to human resources. It was determined that the behavior towards Plaintiff went against culture code and against a working together policy.  However, instead of punishing or disciplining the people who engaged in this inappropriate behavior, AutoDesk discharged Plaintiff.

9.      The Defendant's actions in the preceeding paragraphs were a willful violation of Title VII of the Civil Rights Act of 1964.

10.      As a result of the discriminatory actions, Plaintiff has suffered the loss of compensation and benefits, and other opportunities with his employment.

I.

VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

11.      Plaintiff refers to all the preceding and subsequent allegations contained in this Complaint and incorporate them herein by this reference for all purposes.

12.      The actions of the Defendant constitute race discrimination in violation of 42 U.S.C. 2000e to 2000e-17.

13.      As a result thereof, Plaintiff is entitled to the relief requested as set forth, infra.

DAMAGES

14.      As a direct and proximate result of the discriminatory discharge, Plaintiff suffered damages in an amount in excess of the minimum amount for federal diversity jurisdiction to be determined by a jury for the following elements:

a.      Compensatory and punitive damages;

b.      Liquidated damages for willful violation of the Race Discrimination of Title VII of the Civil Rights Act 1964;

c.      Compensatory and punitive damages for retaliation.

15.     As a direct and proximate result of the allegations herein, Plaintiff has suffered damages in excess of the minimum federal diversity jurisdiction amount ($75,000).

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully prays that this Court:

1.      Grant Plaintiff a trial by jury;

2.      Grant a permanent injunction prohibiting the Defendant from engaging in the policies and practices complained of herein;

3.      Award compensatory and punitive damages;

4.      Award liquidated damages for willful violation of Title VII;

5.      Award compensatory and punitive damages for retaliation;

6.      Award attorneys' fees and expenses incurred in this litigation;

4.      Award pre and post judgment interest and all other relief as the court deems appropriate.

Respectfully submitted,

_____/s/Tabatha Branch_____
Tabatha Branch
Ark. Bar No. 2002155
TS BRANCH LAW FIRM, PLLC
700 S. German Lane Suite 110
Conway, Arkansas 72034
Phone: (501) 329-5555
Fax: (501) 377-9879

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 550-2021-01118 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MR. KENDALL MYERS | 501-358-1718 | 1990 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4935 SISTINE CHAPEL DR, CONWAY, AR 72034 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| AUTODESK | 15 - 100 | (415) 507-5000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 111 MCINNIS PKWY, SAN RAFAEL, CA 94903 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-19-2021**   Latest **07-06-2021**
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s):*)

I was hired on June 28, 2020, as a Segment BDR Manager.  Around April 2021, during a video call I was asked by a white coworker if I was growing out my afro.  Around May 2021, a photo was shared of me without my knowledge, and I was referred to as Tiger Woods.  Senior management commented and laughed at the photo. My coworker has also referred to me having an eloquent tone. Around June 2021, I reported these issues to human resources.  It was determined that the behavior towards me went against culture code and working together policy.  On July 6, 2021, I was constructively discharged.

I was not given a reason for the actions taken against me.

I believe I was harassed, and constructively discharged, because of my race, Black, in violation of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Digitally signed by Kendall Myers on 07-27-2021 04:28 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE |

EXHIBIT
A

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Kendall Myers<br>4935 Slatine Chapel Dr<br>Conway, AR 72034 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2021-01118 | Brittney Wilkerson,<br>Investigator | (501) 900-6131 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_signature_

William A. Cash, Jr.,
Area Office Director

8/3/2021

(Date Issued)

Enclosures(s)

cc:   Michelle Scannell
Employment Council
AUTODESK, INC.
111 McInnis Pkwy
San Rafael, CA 94903


EXHIBIT
B

## IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS
## 20TH CIRCUIT DIVISION 1

### KENDALL MEYERS V AUTODESK INC

23CV-21-1401

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

AUTODESK, INC.
124 W. Capitol Ave., Ste. 1900
Little Rock, AR  72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tabatha Branch
700 S. German Lane Suite 110
Conway, AR  72034

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge

CLERK OF COURT

Address of Clerks Office

CRYSTAL TAYLOR, CIRCUIT CLERK
CIRCUIT COURT OF FAULKNER COUNTY
724 LOCUST STREET
CONWAY, AR  72034

J Wiggs, DC

Date: 11/02/2021

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form -- CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

Circuit Clerk
Date: 11/02/2021

No. 23CV-21-1401 This summons is for AUTODESK, INC. (name of Defendant).

PROOF OF SERVICE

❑ On _____ [date] I personally delivered the summons and complaint to the individual at _____ [place]; or

❑ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❑ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❑ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❑ On _____ [date] at _____ [address], where the defendant maintains and office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❑ Other [specify]:
_____

❑ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

                               By: _____
                               [Signature of server]

                               _____
                               [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
                               [Signature of server]

                               _____
                               [Printed name]

Address: _____

         _____

Phone: _____

Subscribed and sworn to before me this date: _____

                               _____
                               Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____



I hereby certify that the foregoing instrument is a
true and correct copy of the Original *Case File*
Filed in this office *Nov 2* , 20*21*
  IN TESTIMONY WHEREOF, I have hereunto set my
hand and seal of this office this *Jan 12*, 20*22*.
CRYSTAL TAYLOR, Faulkner County, Arkansas
Circuit County Clerk

By: _____ , Deputy Clerk

# EXHIBIT C

**IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS**
**20TH CIRCUIT DIVISION 1**

KENDALL MEYERS,

        **Plaintiff,**

vs.

                                **CASE NO.: 23CV-21-1401**

AUTODESK, INC.

        **Defendant.**

**EXHIBIT**
**C**

---

### NOTICE OF FILING REMOVAL TO FEDERAL COURT

Notice is hereby given that the Defendant in this action has filed a Notice of Removal, removing the above-styled and numbered cause of action to the United States District Court for the Eastern District of Arkansas, Central Division.

A true and correct copy of the Notice of Removal filed with the United States District Court for the Eastern District of Arkansas, Central Division, is attached hereto as **Exhibit A**.

DATED: January 26, 2022

                                     Respectfully submitted,

                                     M. Kimberly Hodges
                                     AR Bar No. 2019018
                                     OGLETREE, DEAKINS, NASH,
                                     SMOAK & STEWART, P.C.
                                     International Place Tower II
                                     6410 Poplar Avenue, Suite 300
                                     Memphis, Tennessee  38119
                                     Telephone:  (901) 766-4306
                                     Facsimile:  (901) 767-7411
                                     Kim.Hodges@ogletreedeakins.com

                                     **ATTORNEYS FOR DEFENDANT**
                                     **AUTODESK, INC.**

## CERTIFICATE OF SERVICE

I, the undersigned counsel for Defendant, hereby certify that on this 26th day of January, 2022, a copy of the foregoing is being served via first-class U.S. Mail, postage prepaid, on counsel for the Plaintiff as follows:

Tabatha Branch, Esq. (AR #2002155)
TS BRANCH LAW FIRM, PLLC
700 S. German Lane, Suite 110
Conway, Arkansas 72034
Tele: (501) 329-5555
Email: tsbranch@tsbranchlaw.com

I further certify that on this 26th day of January, 2022, a copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following Faulkner County Circuit Court Clerk:

Crystal Taylor, Circuit Clerk
Circuit Court of Faulkner County, Arkansas
724 Locust Avenue
Conway, AR 72034

M. Kimberly Hodges (AR2019018)
*Counsel for Defendant*

2