ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2021-Nov-02  10:00:58
23CV-21-1401
C20D01 : 6 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS
_____ DIVISION

**KENDALL MEYERS**                                                                 **PLAINTIFF**

VS.                              CASE NO. 23CV-21-_____

**AUTODESK, INC**                                                                  **DEFENDANT**

## COMPLAINT

Comes now Kendall Meyers, hereinafter sometimes referred to as the Plaintiff, by and through his attorney, Tabatha Branch of TS Branch Law Firm PLLC, and files this Complaint complaining of AUTODESK INC, hereinafter sometimes referred to as the Defendant. The Plaintiff would show the Court as follows:

### INTRODUCTION

This is an action to redress discrimination based upon race and for a permanent injunction prohibiting the Defendant from engaging in the policies and practices complained of herein in violation of 29 USC 621 et seq., Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. 2000e to 2000e-17 (hereinafter "Title VII"); to award liquated, compensatory and punitive damages; and any and all other benefits of his employment to which he would have been entitled had he not been the victim of said discrimination.

### JURISDICTION

The jurisdiction of this Court is invoked pursuant to 28 USC 1343(3) and (4) in order to secure the relief authority by Title VII, and Title I of the ADA. Plaintiff also seeks permanent

injunction and a declaratory judgement pursuant to 28 USC 2201 and 2202, declaring that the Defendant has discriminated against him in the terms and conditions of his employment.

Plaintiff filed a timely charge of discrimination with the Equal Employment Opportunity Commission on July 27, 2021 (See Exhibit "A," attached hereto). The Equal Employment Opportunity Commission issued a Notice of Right to Sue on August 3, 2021 (See, Exhibit "B," attached hereto).

## PARTIES

1. Plaintiff Kendall Meyers is and was at all times relevant hereto a citizen of the United States of America, and a resident of Conway, Faulkner County, Arkansas.

2. Defendant, AutoDesk Inc is a California corporation license to do business in Arkansas. The registered agent for service is: The Corporation Company, 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201, via private process server.

## FACTS

3. On or about June 28, 2020, Plaintiff was hired as a Segment BDR Manager for AutoDesk Inc.

4. Throughout his employment, Plaintiff performed his duties in a commendable manner, meeting or exceeding the employer's legitimate expectations. In fact, while the Plaintiff was employed as Segment BDR Manager, he mentored, lead and trained other employees.

5. On or about February 2021, during a video call Plaintiff was asked by a Caucasian coworker if Plaintiff was growing his hair into an afro.

6. On or about May 2021, Plaintiff was notified that a photo of his face was being circulated throughout the company, without his knowledge. The photo was circulated to make

2

fun of Plaintiff's hair and referred to him as Tiger Woods. Senior Management commented and laughed at the photo as well as the Tiger Woods comments.

7. Furthermore, other co-workers sarcastically made comments to Plaintiff that he was able to speak correctly and had an "eloquent tone."

8. On or about May 14, 2021, Plaintiff reported his issues to human resources. It was determined that the behavior towards Plaintiff went against culture code and against a working together policy. However, instead of punishing or disciplining the people who engaged in this inappropriate behavior, AutoDesk discharged Plaintiff.

9. The Defendant's actions in the preceeding paragraphs were a willful violation of Title VII of the Civil Rights Act of 1964.

10. As a result of the discriminatory actions, Plaintiff has suffered the loss of compensation and benefits, and other opportunities with his employment.

## I.

## VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

11. Plaintiff refers to all the preceding and subsequent allegations contained in this Complaint and incorporate them herein by this reference for all purposes.

12. The actions of the Defendant constitute race discrimination in violation of 42 U.S.C. 2000e to 2000e-17.

13. As a result thereof, Plaintiff is entitled to the relief requested as set forth, infra.

## DAMAGES

14. As a direct and proximate result of the discriminatory discharge, Plaintiff suffered damages in an amount in excess of the minimum amount for federal diversity jurisdiction to be determined by a jury for the following elements:

a. Compensatory and punitive damages;

b. Liquidated damages for willful violation of the Race Discrimination of Title VII of the Civil Rights Act 1964;

c. Compensatory and punitive damages for retaliation.

15. As a direct and proximate result of the allegations herein, Plaintiff has suffered damages in excess of the minimum federal diversity jurisdiction amount ($75,000).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court:

1. Grant Plaintiff a trial by jury;

2. Grant a permanent injunction prohibiting the Defendant from engaging in the policies and practices complained of herein;

3. Award compensatory and punitive damages;

4. Award liquidated damages for willful violation of Title VII;

5. Award compensatory and punitive damages for retaliation;

6. Award attorneys' fees and expenses incurred in this litigation;

4. Award pre and post judgment interest and all other relief as the court deems appropriate.

Respectfully submitted,

/s/Tabatha Branch
Tabatha Branch
Ark. Bar No. 2002155
TS BRANCH LAW FIRM, PLLC
700 S. German Lane Suite 110
Conway, Arkansas 72034
Phone: (501) 329-5555
Fax: (501) 377-9879

4

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>550-2021-01118 |
|---|---|---|

and EEOC
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.)<br>**MR. KENDALL MYERS** | Home Phone<br>**501-358-1718** | Year of Birth<br>**1990** |
|---|---|---|

Street Address                                      City, State and ZIP Code
**4935 SISTINE CHAPEL DR, CONWAY, AR 72034**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (_If more than two, list under PARTICULARS below._)

| Name<br>**AUTODESK** | No. Employees, Members<br>**15 - 100** | Phone No.<br>**(415) 507-5000** |
|---|---|---|

Street Address                                      City, State and ZIP Code
**111 MCINNIS PKWY, SAN RAFAEL, CA 94903**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address                                      City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **01-19-2021**     Latest: **07-06-2021**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on June 28, 2020, as a Segment BDR Manager. Around April 2021, during a video call I was asked by a white coworker if I was growing out my afro. Around May 2021, a photo was shared of me without my knowledge, and I was referred to as Tiger Woods. Senior management commented and laughed at the photo. My coworker has also referred to me having an eloquent tone. Around June 2021, I reported these issues to human resources. It was determined that the behavior towards me went against culture code and working together policy. On July 6, 2021, I was constructively discharged.

I was not given a reason for the actions taken against me.

I believe I was harassed, and constructively discharged, because of my race, Black, in violation of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Digitally signed by Kendall Myers on 07-27-2021 04:28 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE |

EXHIBIT A

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Kendall Myers<br>4935 Sistine Chapel Dr<br>Conway, AR 72034 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2021-01118 | Brittney Wilkerson, Investigator | (501) 900-6131 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_/s/ W. Cash_     8/3/2021

William A. Cash, Jr.,     *(Date Issued)*
Area Office Director

Enclosures(s)

cc: Michelle Scannell
Employment Council
AUTODESK, INC.
111 Mcinnis Pkwy
San Rafael, CA 94903


EXHIBIT B