IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENDALL MEYERS,**

      **Plaintiff,**

vs.                                         No. 4:22-cv-00074-LPR

**AUTODESK, INC.**

      **Defendant.**

### DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE OR, ALTERNATIVELY, TO TRANSFER FOR *FORUM NON CONVENIENS*

Defendant Autodesk, Inc. (hereinafter, "Autodesk" and/or "Defendant") moves the Court pursuant to Federal Rule of Civil Procedure 12(b)(3) to dismiss this action for lack of proper venue. Alternatively, Defendant moves the Court to transfer this action to the United States District Court for the Northern District of Georgia under the doctrine of *forum non conveniens*.

Plaintiff, Kendall Myers ("Myers") alleges a single count of race discrimination in violation of Title VII of the Civil Rights Act of 1964. At all times relevant to his Complaint, Plaintiff worked for Defendant Autodesk in Atlanta, Georgia. Defendant has no location in Arkansas, maintains no records in Arkansas, and there is no connection between the allegations in Plaintiff's Complaint and Arkansas. Accordingly, venue is not proper in this Court and Plaintiff's Complaint should be dismissed. Alternatively, this action should be transferred to the United States District Court for the Northern District of Georgia under the doctrine of *forum non conveniens* because all witnesses and documents which would support or refute Plaintiff's claims

are located in Atlanta, Georgia, or in any event, outside of Arkansas, which has no connection at all to the allegations raised in Plaintiff's Complaint.

Defendant has filed a memorandum of law and argument in support of its motion to dismiss and incorporates it herein. Based on Defendant's motion, memorandum, and the record as a whole, Defendant respectfully moves the Court to dismiss Plaintiff's Complaint or, alternatively, to transfer this action to the United States District Court for the Northern District of Georgia.

Dated: May12, 2022.                              Respectfully submitted,

                                                 M. Kimberly Hodges (AR Bar No. 2019018)
                                                 Kim.hodges@ogletree.com
                                                 Ogletree, Deakins, Nash,
                                                 Smoak & Stewart, P.C.
                                                 6410 Poplar Avenue, Suite 300
                                                 Memphis, Tennessee  38119
                                                 Telephone:  (901) 766-4306
                                                 Facsimile:  (901) 767-7411

                                                 **ATTORNEY FOR DEFENDANT**


**CERTIFICATE OF SERVICE**

I, the undersigned counsel, certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record on this the 12th day of May, 2022.

                                                 M. Kimberly Hodges
                                                 (#2019018)