IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENDALL MEYERS**     **PLAINTIFF**

v.     Case No. 4:22-CV-00074-LPR

**AUTODESK, INC.**     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Kendall Meyers's Complaint is DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of October 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE